RECEIVED
AUG 3 1 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Daniel Duprey

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart

16-cv-8589
Judge John J. Tharp, Jr.
Magistrate Judge Sheila M. Finnegan
PC11

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:            AMENDED COMPLAINT

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

Reviewed: 8/2013

I. **Plaintiff(s):**

A. Name: Daniel Duprey

B. List all aliases: _____

C. Prisoner identification number: 20110721191

D. Place of present confinement: Cook County Jail

E. Address: P.O. box 089002 Chicago IL 60602

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Tom Dart

Title: Cook County Sheriff Supervisor

Place of Employment: Cook County

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Reviewed: 8/2013

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: n/a

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: n/a

D. List all defendants: n/a

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: n/a

G. Basic claim made: n/a

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): n/a

I. Approximate date of disposition: n/a

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Reviewed: 8/2013

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I have been on Div1o3c, over a month and have, I have ask staff about cleaning supplies to clean my cell, they always give me excuses, my toliet and sink has never been sanitized, my floor has never been swept or mop, this is degrading the standard way I live, living in a unsanitary cell, dayroom is never mop, I wrote grievances but no results, I can smell the toxics from the toilets from the bathroom to my cells, this is unhealthy way of living physically and mentally. I have follow all the procedures trying to get staff attention, to this matter completely ignored all the time, this is unconstitutional we shouldn't be treated this way, I also can never shave because we have no mirror in our cell or bathroom, staff just expect us to be able to shave our faces without any mirror,

4

Reviewed: 8/2013

This has made go into depression because we are not being treated fairly, why do staff lie and give me and other inmates the run around? I was left with no choice but to file a 1983 Civil suit, hopefully this suit resolve these issues, and staff will stop being careless and reckless, our lives matters just like theirs. Thank you

Reviewed: 8/2013

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compensated for pain and suffering, and punitive damages.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___ July day of 22, 2016

(Signature of plaintiff or plaintiffs)

Daniel Duprey
(Print name)

20110721191
(I.D. Number)

p.o. box 089002 chicago, IL 60602
(Address)

6   Reviewed: 8/2013



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

CONTROL # _____   INMATE ID # _____

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡ Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME: Dipley
PRINT - FIRST NAME: Daniel
INMATE BOOKING NUMBER: 20110721191
DIVISION: 10
LIVING UNIT: C3 cell 5
DATE: 6-4-15

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

DATE OF INCIDENT: 6-4-15
TIME OF INCIDENT: 10:37 am
SPECIFIC LOCATION OF INCIDENT: 3C cell 5

I've been on this deck for a week now and there's been no cleaning supplies nor disinfect for our room, me and my celly clean the room with our commissary products that's not suppose to get clean with shampoo or our soap even if it doesn't really clean good I have stuck my hand in the toilet where it feces to clean it out because it still smell like feces while we are sitting in our room for 18 hours out of the day.

**ACTION THAT YOU ARE REQUESTING:**

I'm asking that we get what we need to clean our room the proper way please and Thank You

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: _____

INMATE SIGNATURE AND DATE: _____

CRW/PLATOON COUNSELOR (Print): M___
SIGNATURE: _____
DATE CRW/PLATOON COUNSELOR RECIEVED: 6-17-16

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): _____
SIGNATURE: _____
DATE REVIEWED: _____

(FCN-40)(SEP 14)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| | |
|---|---|
| ☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST) | |
| CONTROL # | INMATE ID # |

### ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(¡ Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME: | PRINT - FIRST NAME: | INMATE BOOKING NUMBER: |
|---|---|---|
| Duprey | Daniel | 20110721191 |

| DIVISION: | LIVING UNIT: | DATE: |
|---|---|---|
| 10 | 3C 3305 | 6-14-16 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT: | TIME OF INCIDENT: | SPECIFIC LOCATION OF INCIDENT: |
|---|---|---|
| 6-11-16 | 8:15 am | 3C |

He was promised that we could clean are cells. I have talk to officer Duran Sunday morning about cleaning are cells. my toilet bowl have built up feces around the edges of the bowl, all I can smell in my cell is urine. I haven't recieve any disinfect to clean my cell and this is hazardous to my health. I can get hepititas from this matter.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED**

I will like these matters to be acknowledge and to get a hepititas-B shot. please Thank You

### IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: | INMATE SIGNATURE AND DATE: |
|---|---|
| | 6-14-16 |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| McCoy | McCoy | 6-17-16 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-40)(SEP 14)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL # : 
INMATE ID # :

### ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (! Para ser llenado solo por el personal de Inmate Services !)

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

### INMATE INFORMATION (Información del Preso)

PRINT - INMATE LAST NAME (Apellido del Preso): **Duprey**
PRINT - FIRST NAME (Primer Nombre): **Daniel**
INMATE BOOKING NUMBER: **2011072119 1**
DIVISION: **10**
LIVING UNIT: **C3 cell 05**
DATE: **6-15-16**

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

DATE OF INCIDENT: **6-15-16**
TIME OF INCIDENT: **9:28am**
SPECIFIC LOCATION OF INCIDENT: **C-3**

On the above date and time cell 23 and 24 had got there cells fix by the plummers as soon as they left there toilet start overflowing feces and other things out of there toilet all in to the dayroom and in front of my cell, we set in the cell over hour 1/2 smelling fces. We come back from meck an still smell fces all in the Air is was no bleach giving to us to clean air cell or dayroom

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** (Acción que esta solicitado, Esta sección debe completarse)

I would like all of this to be done with and for me to go back to Div 9 where I was a week ago please and Thank you

### IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o presos que tengan información:)

INMATE SIGNATURE AND DATE: (Firma del Preso/Fecha)
*Daniel D*

### SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print): 
SIGNATURE: 
DATE CRW/PLATOON COUNSELOR RECIEVED: **6-17-16**

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): 
SIGNATURE: 
DATE REVIEWED:

(FCN-40)(SEP 14)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

☒ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 20165290

### INMATE INFORMATION (Información del Preso)

- INMATE LAST NAME: Duprey
- INMATE FIRST NAME: Daniel
- ID Number: 20110721190

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:** No Living Condition

**IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):**

**CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO:** Div 10 Supt

**DATE REFERRED:** 6/24/16

**RESPONSE BY PERSONNEL HANDLING REFERRAL:** Cleaning supplies are available for cell cleaning on Saturdays and always for emergency plumbing issues

- PERSONNEL RESPONDING TO GRIEVANCE (Print): LT Botta
- DIV./DEPT.: 10
- DATE: 6/28/16

**SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):** [signature]

DATE RESPONSE WAS RECEIVED: 6/29/16

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** 6/29/16

**INMATE'S BASIS FOR AN APPEAL:** I've been here for a month and they havent come with no cleaning supplies they only have cleaning supplies for the day room only

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** ☐ Yes ☒ No

**ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION:** Original Response to Stand

- ADMINISTRATOR / DESIGNEE: J Mueller
- DATE: 7/1/16

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL # _____

**!This section is to be completed by Program Services Staff - ONLY!** *(! Para ser llenado solo por el personal de Program Services !)*

**GRIEVANCE FORM PROCESSED AS:**
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

Program Services Supervisor Approving Non-Grievance (Request) Signature

## INMATE INFORMATION (Información del Preso)

PRINT - INMATE LAST NAME: Dudley
PRINT - FIRST NAME: Daniel
ID Number: 2011072491
DIVISION: 10
LIVING UNIT: 3C 3305
DATE: 7/16/16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

PLEASE INCLUDE: Date of Incident - Time of Incident - Specific Location of Incident

I have ask to get cleaning supplies for the past month to and I still haven't got a chance to clean the cells when I am sitting in my room I got a whiff of urine and feces in the air. I have ask always they let us out on every saturday I ask but we still haven't got nothing yet to clean ours out. I got a roach back that — all they have found which haven't, so what do we do about our cells getting clean.

**ACTION THAT YOU ARE REQUESTING:**
Im Asking that we get cleaning supplies to clean our rooms and toilet bowl

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

INMATE SIGNATURE: Daniel Dudley

SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW / PLATOON COUNSELOR (Print): Clayton Mccray
SIGNATURE: Taylor
DATE CRW/PLATOON COUNSELOR RECEIVED: 7/20/16

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):
SIGNATURE:
DATE REVIEWED: __/__/__

FCN-47 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL # _____

---

**!This section is to be completed by Program Services Staff - ONLY!** (! Para ser llenado solo por el personal de Program Services !)

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

Program Services Supervisor Approving Non-Grievance (Request) Signature

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

---

**INMATE INFORMATION** (Información del Preso)

PRINT - INMATE LAST NAME (Apellido del Preso): [illegible]
PRINT - FIRST NAME (Primer Nombre): Dan[iel]
ID Number (# de identificación): 2011072119[?]
DIVISION (División): 10
LIVING UNIT (Unidad): 3C
DATE (Fecha): 7/19/16 4:16p

---

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** (Breve Resumen de los Hechos del Preso):

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE: Date of Incident - Time of Incident - Specific Location of Incident
(Por Favor, Incluya: Fecha Del Incidente - Hora Del Incidente - Lugar Específico Del Incidente)

On the above date, the toilet leaking from the ceiling ruined most of the day room. The water is leaking into inmates cells and all they are doing is telling us mop the water up. They are not giving us the right cleaning supplies to clean up the cells of my room. This took place [illegible] ago on this tier. [illegible] on the tier with the toilet keeps leaking [illegible] is not humane or right for Sheriff [illegible]. He been writing about all kinds that have been on this tier and it isn't right for us to be on this tier it's nasty.

**ACTION THAT YOU ARE REQUESTING** (Acción que esta solicitando):

I'm [asking] to be put back to Div. [?] to get clean and they [illegible] [illegible] to clean up or [illegible] at least get the right cleaning supplies for [illegible]

---

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o presos que tengan información):

INMATE SIGNATURE (Firma del Preso): [signature]

---

SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW / PLATOON COUNSELOR (Print): Chief Tylor/Mary
SIGNATURE: Tylor
DATE CRW/PLATOON COUNSELOR RECEIVED: 7/20/16

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): _____
SIGNATURE: _____
DATE REVIEWED: _____

FCN-47 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (¡ Para ser llenado solo por el personal de Inmate Services !)

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

### INMATE INFORMATION (Información del Preso)

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del detenido) |
|---|---|---|
| Dudley | Daniel | 20110721191 |
| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
| 10 | 3C 3305 | 7-28-16 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** (Breve Resumen de los Hechos del Preso):

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT (Fecha Del Incidente) | TIME OF INCIDENT (Hora Del Incidente) | SPECIFIC LOCATION OF INCIDENT (Lugar Específico Del Incidente) |
|---|---|---|
| 7-28-16 | 5:16 pm | 3C 3305 |

I was in my cell because of a emergency lock down and water from the ceiling was coming all in my cell, I ask staff to clean up they declined me multiple times saying they where going to get me cleaning supplies to clean up all the nasty water that's coming from 4C from A-tird which is on top of us. Nobody came all nite to clean up.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** (Acción que esta solicitado, Esta sección debe completarse)

I asking to get cleaning supplies to clean up my cell because of this matter I've ask numerous times and still haven't got anything.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA.)

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) | INMATE SIGNATURE AND DATE: (Firma del Preso/Fecha): |
|---|---|
| | |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| | | 7/30/16 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-40)(SEP 14)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL # _____ INMATE ID # _____

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡ Para ser llenado solo por el personal de Inmate Services !)*

### GRIEVANCE FORM PROCESSED AS:
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

### REFERRED TO:
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):* Dudley

PRINT - FIRST NAME *(Primer Nombre):* Darrel

INMATE BOOKING NUMBER *(# de identificación del detenido):* 20110721191

DIVISION *(División):* 10

LIVING UNIT *(Unidad):* 3C 3305

DATE *(Fecha):* 8-4-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

DATE OF INCIDENT *(Fecha Del Incidente):* 8-4-16

TIME OF INCIDENT *(Hora Del Incidente):* 11:13am

SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente):* C3 3305

Everytime C4 flood their dayroom it leak down here on C3 an get all in are dayroom an cells. I've ask the officer to get sum supplies to clean it up and they didn't get it for us at all thew out the day. We haven't had a day since I been on this deck to clean are cells with disinfect or any cleaning chemicals.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I'm asking that we get cleaning supplies to clean up everytime it flood up stairs because its going to come down in are cells all of this is nasty feces I have everywhere

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha)*

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW/PLATOON COUNSELOR (Print): _____ SIGNATURE: _____ DATE CRW/PLATOON COUNSELOR RECIEVED: 8/16/16

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): _____ SIGNATURE: _____ DATE REVIEWED: _____

(FCN-40)(SEP 14)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL # _____ INMATE ID # _____

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡ Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

PRINT - INMATE LAST NAME: Dupley
PRINT - FIRST NAME: Daniel
INMATE BOOKING NUMBER: 20110721191
DIVISION: 10
LIVING UNIT: 3C 3305
DATE: 8-6-16

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

DATE OF INCIDENT: 8-6-16
TIME OF INCIDENT: 9:36 AM
SPECIFIC LOCATION OF INCIDENT: 3C

I woke up on Saturday asking for cleaning supplies to clean my cell out and Officer Durant said that he was gone get me but never did and I ask 3 more times an still didn't get any supplies to clean my cells out.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

That we get supplies to clean my cells out over the weekend my my last grievance answer was that those are the days we get to clean my cells

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
INMATE SIGNATURE AND DATE: Daniel Dupley

CRW/PLATOON COUNSELOR (Print): M C___
SIGNATURE: ___
DATE CRW/PLATOON COUNSELOR RECEIVED: 8/9/16

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):
SIGNATURE:
DATE REVIEWED:

(FCN-40)(SEP 14)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)



## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL # 2016 6653

### INMATE INFORMATION *(Información del Preso)*

INMATE LAST NAME *(Apellido del Preso)*: Dafrey
INMATE FIRST NAME *(Primer Nombre)*: Daniel
ID Number *(# de identificación)*: 20110121191

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
*(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)*

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: No Living Conditions

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO: Div/o Supt
DATE REFERRED: 8/8/16

RESPONSE BY PERSONNEL HANDLING REFERRAL: Cleaning supplies should be made available in emergency situations as well as on Saturdays for regular cell cleaning. This matter will be addressed with staff.

PERSONNEL RESPONDING TO GRIEVANCE (Print): LT. Doty
SIGNATURE: [signature]
DIV. / DEPT.: 
DATE: 8/10/16

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): Cmn. K. Johnson
SIGNATURE: Cmn. K. #31C
DIV. / DEPT.: CCDOC
DATE: 10 Au 16

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso)*:
DATE RESPONSE WAS RECEIVED: 8/11/16

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: ___/___/___

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion)*:

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
¿Apelación del detenido aceptada por el administrador o/su designado(a)?
Yes (Si) ☐   No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION:

ADMINISTRATOR / DESIGNEE: 
SIGNATURE: 
DATE: ___/___/___

INMATE SIGNATURE *(Firma del Preso)*:
DATE INMATE RECEIVED APPEAL RESPONSE: ___/___/___

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 20166059

### INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME | INMATE FIRST NAME | ID Number |
|---|---|---|
| DUPREY | DANIEL | 20110721191 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:**
170/ Living Condition

**IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):**
Cleaning supplies are passed out on a nightly basis in order for detainees to clean during the pm shift.

**CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO:** SUPT DIV-10
**DATE REFERRED:** 7/22/16

**RESPONSE BY PERSONNEL HANDLING REFERRAL:**
Request an officer that's in to your unit for sanitation kit for cleaning. They are passed out nightly.

| PERSONNEL RESPONDING TO GRIEVANCE | SIGNATURE | DIV./DEPT. | DATE |
|---|---|---|---|
| Lt. Rodriguez | Lt. R | 10 | 8/4/16 |

*Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.*

| SUPERINTENDENT / DIRECTOR / DESIGNEE | SIGNATURE | DIV./DEPT. | DATE |
|---|---|---|---|
| CMDR K. Chase | CMDR K. | CCDOC | 10/Aug/16 |

☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

**INMATE SIGNATURE:** 

**DATE RESPONSE WAS RECEIVED:** 8/11/16

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** ___/___/___

**INMATE'S BASIS FOR AN APPEAL:**

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** ☐ Yes ☐ No

**ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION:**

| ADMINISTRATOR / DESIGNEE | SIGNATURE | DATE |
|---|---|---|
| | | ___/___/___ |

**INMATE SIGNATURE:**

**DATE INMATE RECEIVED APPEAL RESPONSE:** ___/___/___

FCN-48 (Rev. 09/14)     WHITE COPY - PROGRAM SERVICES     YELLOW COPY - CRW / PLATOON COUNSELOR     PINK COPY - INMATE



## COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

### INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

[X] **GRIEVANCE**  [ ] **NON-GRIEVANCE (REQUEST)**

**CONTROL #:** 2016 6377

### INMATE INFORMATION (Información del Preso)

| INMATE LAST NAME | INMATE FIRST NAME | ID Number |
|---|---|---|
| Duprey | Daniel | 2011072191 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:** To Living Condition

**IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):**

**CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO:** DIV TO Supt

**DATE REFERRED:** 8/1/16

**RESPONSE BY PERSONNEL HANDLING REFERRAL:** Sanitation supplies are applicable to all inmates etc However wait to tier sce bs and person cleaning supplies

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** T. Hill
**SIGNATURE:** [signed]
**DIV./DEPT.:** 10
**DATE:** 12 AUG 16

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

**SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):** M. K. Johnson
**SIGNATURE:** [signed]
**DIV./DEPT.:** CCDOC
**DATE:** 14 Aug 2016

[ ] GRIEVANCE SUBJECT CODE: _____
[ ] NON-GRIEVANCE SUBJECT CODE: _____

**INMATE SIGNATURE:** [signed]

**DATE RESPONSE WAS RECEIVED:** 8/17/16

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** ___/___/___

**INMATE'S BASIS FOR AN APPEAL:**

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**   Yes [ ]   No [ ]

**ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION:**

**ADMINISTRATOR / DESIGNEE:**
**SIGNATURE:**
**DATE:** ___/___/___

**INMATE SIGNATURE:** [signed]
**DATE INMATE RECEIVED APPEAL RESPONSE:** ___/___/___

FCN-48 (Rev. 09/14)     WHITE COPY - PROGRAM SERVICES     YELLOW COPY - CRW / PLATOON COUNSELOR     PINK COPY - INMATE



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☑ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #:** 2016 6061

### INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME | INMATE FIRST NAME | ID Number |
|---|---|---|
| Duprey | Daniel | 20110721191 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:**
Mo/ Living Conditions

**IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):**

**CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO:** Supt. D.V.-10

**DATE REFERRED:** 7/22/16

**RESPONSE BY PERSONNEL HANDLING REFERRAL:** Allegation will be addressed. Cleaning supplies are provided at inmate request on Saturdays and for emergency situations.

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Lt. McGee
**SIGNATURE:** [signature]
**DIV./DEPT.:** 10
**DATE:** 8/10/16

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

**SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):** Cmdr. K. Johnson
**SIGNATURE:** Cmdr. K. [signature] #316
**DIV./DEPT.:** CCDOC
**DATE:** 10/Aug/16

☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

**INMATE SIGNATURE:** 

**DATE RESPONSE WAS RECEIVED:** 8/11/16

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** ___/___/___

**INMATE'S BASIS FOR AN APPEAL:**

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**  ☐ Yes  ☐ No

**ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION:**

**ADMINISTRATOR / DESIGNEE:** 
**SIGNATURE:** 
**DATE:** ___/___/___

**INMATE SIGNATURE:** Cmdr. [signature] #316 Cmdr. K. Joh[...]

**DATE INMATE RECEIVED APPEAL RESPONSE:** ___/___/___

FCN-48 (Rev. 09/14)     WHITE COPY - PROGRAM SERVICES     YELLOW COPY - CRW / PLATOON COUNSELOR     PINK COPY - INMATE